UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ROBERT HOOPER,

                     Plaintiff,

- against -

THE CITY OF NEW YORK, JOHN MEJIA, LOUIS D'AMBROSIO, UNDERCOVER OFFICER NUMBER 313, KEITH KNIGHT, CHRISTOPHER VANWEDDINGER, ROBERT REED, and JEFFREY SMITH, Individually and as Members of the New York City Police Department,

                     Defendants.

-----------------------------------------------------------x

**AFFIDAVIT OF SERVICE BY HAND DELIVERY**

No. 24-cv-06311 (PKC)

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK )

       AMARIAH THURSTON, being duly sworn, deposes and says:

       I am employed at the Law Offices of Joel B. Rudin, P.C., 152 West 57th Street, 8th Floor, New York, New York 10019, am not a party to this action and am over the age of 18 years.

       On August 27, 2024, at 100 Church Street, New York, New York 10007, I served a copy of the **Summons, Complaint,** and **Releases** upon **The City of New York**, the defendant therein named, by delivering to, and leaving personally with **Adam Goebler**, an employee of the New York City Law Department authorized to accept these documents.

                                                     */s/ Amariah Thurston*
                                                     AMARIAH THURSTON

Sworn to before me this
27th day of August, 2024

*/s/ Theresa S. Peters*
Notary Public

THERESA S. PETERS
Notary Public, State of New York
No. 03-4882379
Qualified in Bronx County
Commission Expires Jan. 5, 2027